UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RIGOBERTO ENRIQUE ISAZA,<br><br>Plaintiff(s),<br><br>v.<br><br>SOCIAL SECURITTY ADMINISTRATION,<br><br>Defendant(s). | Case No. 2:16-CV-2575 JCM (CWH)<br><br>ORDER |

Presently before the court is Magistrate Judge Hoffman's report and recommendation. (ECF No. 6). No objections have been filed, and the deadline for filing objections has since passed.

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).

Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made).

Magistrate Judge Hoffman recommended "[p]laintiff's case be dismissed without prejudice" for failure to state a claim upon which relief can be granted. (ECF No. 6); *see* (ECF

**James C. Mahan**
**U.S. District Judge**

No. 2). Plaintiff has not objected to the report and recommendation. Nevertheless, this court finds it appropriate to engage in a *de novo* review to determine whether to adopt the recommendation of the magistrate judge. Upon reviewing the recommendation and underlying briefs, the court finds that good cause appears to adopt the magistrate judge's findings.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Magistrate Judge Hoffman's report and recommendation (ECF No. 6) be, and the same hereby is, ADOPTED in its entirety. The court will dismiss plaintiff's complaint without prejudice to refile.

The clerk shall enter judgment accordingly and close the case.

DATED January 17, 2018.

_____
UNITED STATES DISTRICT JUDGE